DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DREW CHARLES ROSEN,**
Appellant,

v.

**ELKE L. ROSEN,**
Appellee.

No. 4D16-2819

[January 18, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale Ross, Judge; L.T. Case No. 10-14470-08.

F. William Harvey of F. William Harvey, P.A., Tamarac and Wayne H. Miller of Wayne H. Miller, P.A., Sunrise, for appellant.

Paula Revene of Chorowski & Clary, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***